## Case No. 11,779.

### RICHARDSON v. ASHCROFT.

[Cited in Consolidated Safety-Valve Co. v. Kunkle, 14 Fed. 733. Nowhere reported; opinion not now accessible.]